## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| JUSTIN CARVALIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 8:21-cv-01213-VMC-TGW |
| ) | |
| PROFESSIONAL ACCOUNT ) | |
| SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

Plaintiff, JUSTIN CARVALIS, ("Plaintiff"), through his attorney, Hormozdi Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 60 days.

                              RESPECTFULLY SUBMITTED,

July 13, 2021            By: /s/ Shireen Hormozdi
                                    Shireen Hormozdi
                                    State Bar No: 0882461
                                    Hormozdi Law Firm, LLC
                                    1770 Indian Trail Lilburn Road, Suite 175
                                    Norcross, GA 30093
                                    Tel: 678-395-7795
                                    Fax: 866-929-2434
                                    E-mail: shireen@norcrosslawfirm.com
                                    Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

    I certify that on July 13, 2021, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

                        By: /s/ Shireen Hormozdi
                                Shireen Hormozdi